

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-13-00738-CV

Trial Court Cause
Number:      2010-00373

Style:      Chris Wilmot

     **v** Harry A. Bouknight, Junior

Date motion filed[*]:      April 27, 2015

Type of motion:      Motion to dissolve stay

Party filing motion:      Appellee

Document to be filed:      N/A

Is appeal accelerated? NO

        It is ordered that motion to dissolve this Court's stay is **granted.** Accordingly, the stay of trial court proceedings created by our March 6, 2014 order is lifted.

Judge's signature: /s**/** Evelyn V. Keyes.
           Acting individually

Date:   July 28, 2015